AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Daniel Helm | ) | 1:24-mj- 179-01-AJ |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _5/17/24, 6/4/24, and 6/26/24_ in the county of _Strafford_ in the

_____ District of _New Hampshire_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | - Distribution of Controlled Substances - Methamphetamine |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

/s/ Dennis Elbert
_____
*Complainant's signature*

TFO Dennis Elbert, Federal Bureau of Investigation
_____
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Jul 24, 2024**

_Andrea K. Johnstone_
_____
*Judge's signature*

City and state:          Concord, New Hampshire          Hon. Andrea K. Johnstone, U.S. Magistrate Judge
_____
*Printed name and title*